

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Nancy Gomez and Shalona Murray,
Appellants

No. 06-25-00070-CV          v.

Michael Afework Okubagebrel, Natka
Transporation, LLC, Simon Nixon,
3330529 Nova Scotia Ltd. d/b/a MLink
Logistics, Appellees

Appeal from the 202nd District Court of
Bowie County, Texas (Tr. Ct. No.
23C0123-202).  Panel consists of Chief
Justice Stevens and Justices van Cleef and
Rambin.  Memorandum Opinion delivered
by Justice van Cleef.

 

As stated in the Court's opinion of this date, we find that the motion of the appellants to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that costs be assessed against the party incurring same.

RENDERED AUGUST 6, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk